IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01825-RPM

VICKI A. HOLMES,

      Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,
a New York Corporation,

      Defendant.
_____

ORDER OF RECUSAL
_____

Because my wife is a stockholder of defendant International Business

Machines Corporation, I must recuse myself from handling this case. It is therefore

ORDERED that the Clerk shall reassign this case to another judge.

DATED: September 23rd, 2005

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge