**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01825-LTB-CBS

VICKI A. HOLMES, an individual,

        Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,

        Defendant.
_____

**ORDER RE MOTION TO DISMISS PLAINTIFF'S FMLA CLAIM WITH PREJUDICE**
_____

THIS COURT, having reviewed Plaintiff's *Motion to Dismiss Plaintiff's FMLA Claim With Prejudice* (hereinafter "The Motion"), any responses or replies thereto, being fully advised of the premises therein, and good cause showing hereby finds and ORDERS:

The Motion is GRANTED.  Plaintiff's FMLA Claim is hereby dismissed with prejudice.

DONE THIS   22nd   day of   May  , 2006.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge