**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-cv-01825-LTB-CBS

VICKI A. HOLMES, an individual,

      Plaintiff,

vs.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc #42 - filed September 19, 2006), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

        s/Lewis T. Babcock
      LEWIS T. BABCOCK, Chief Judge

DATED: September 20, 2006